IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cv372
(3:08cr179)

| | |
|---|---|
| ROSARIO PEREZ-PEREZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** comes before the Court on its own motion.

An evidentiary hearing regarding Petitioner's claim that his attorney refused to file an appeal has scheduled for Monday, December 6, 2010 at 10 a.m. in the Robert D. Potter Courtroom of the United States Courthouse in Charlotte, North Carolina. (Doc. No. 4).

**IT IS, THEREFORE, ORDERED** that the United States Marshal have the defendant Rosario Perez-Perez (Reg. No. 11387-171) present in Charlotte, North Carolina forthwith, but not later than December 6, 2010 at 10 a.m. for the hearing.

The Clerk is directed to certify copies of this Order to Petitioner, the Community Defender, the United States Attorney, and the United States Marshals Service.

Signed: September 3, 2010

Robert J. Conrad, Jr.
Chief United States District Judge