# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Rosario Perez-Perez,

       Petitioner,

vs.

United States of America,

       Respondent.

JUDGMENT IN A CIVIL CASE

3:08-cr-179
3:09-cv-372-RJC

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 3, 2012 Order.

Signed: July 3, 2012

Frank G. Johns, Clerk
United States District Court